IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>HON. BRIAN OWENS<br>COMMISSIONER, G.D.C., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:12-CV-1437-TWT |

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending transferring this case to the Rome Division. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is TRANSFERRED TO the Rome Division.

SO ORDERED, this 14 day of June, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Brown\12cv1437\r&r.wpd